# EXHIBIT NO. 1

[There appears the signature and seal of the Judge and the seal of the Court] ----------------------------------

**DIPLOMATIC LETTERS ROGATORY** ---------------------------

Buenos Aires, February 24th, 2016 ---------------------

Alejandro Olazábal, in charge of the National Court of First Instance in Civil Matters Number 23 of the Federal Capital City, Argentine Republic, located at Number 1220 Lavalle Street, Floor 5, of the Autonomous City of Buenos Aires ----------------------------------

**To the corresponding sitting Judge having jurisdiction and venue in the United States of North America, Coral Gables, Florida.** ----------------------------------------

GREETINGS: That in the case entitled "TANUS, Alfredo Gabriel c/ ULLOA, Marisa Paola s/ liquidación de la sociedad conyugal" ["TANUS, Alfredo Gabriel vs. ULLOA, Marisa Paola /community property liquidation proceedings] Record Number 108363/2013 pending before this National Court of First Instance in Civil Matters Number 23, of the Federal Capital City, Argentine Republic, provisionally under my charge, sole Clerk's Office in charge of Dr. Jorge Horacio Navarro Quantin, in order to request Your Honour to kindly inform if Mr. **ALFREDO GABRIEL TANUS** - **D.N.I.** [National Identity Document] Number **20.426.400** has opened the account Number _____ and/or any other account with the

entity BAC FLORIDA, located at Number 169 Miracle Mile, R-10, Coral Gables, FL33134. Likewise, please inform, if such is the case, the opening date, the movement of funds and if closed, the closing date thereof. --------
Pursuant to section 3 of Act 23480 it is expressly stated that: this letters rogatory shall contain the following information: a) The requesting authority is the National Court of First Instance in Civil Matters Number 23 having jurisdiction in Family matters, in charge of Dr. Alejandro Olazabal and that the requested authority is the sitting Judge having jurisdiction and venue in the United States of North America, Coral Gables, Florida; b) The plaintiff in these proceedings is Mr. ALFREDO GABRIEL TANUS, domiciled at Number 3655 Federico Lacroze Street, Floor 6, Apartment 1, of the Autonomous City of Buenos Aires, judicially represented by Dr. Andrea Raquel Kaprielan, domiciled at Number 489 Paraná Street, Floor 4 "A", of the Autonomous City of Buenos Aires. The defendant is Mrs. Marisa Paola Ulloa, domiciled at Number 620 Capitán General Ramón Freire Street, of the Autonomous City of Buenos Aires, represented in this case by Dr. José Cárdenas, domiciled at Number 1669 Montevideo Street, Floor 7 "B", of the Autonomous City of Buenos Aires; c) the discovery proceedings requested herein consist of the

provision of information as regards the eventual ownership by the plaintiff as regards an account with the entity BAC FLORIDA, located at Number 169 Miracle Mile, R-10, Coral Gables, FL33134; d) it is herein contested the organization and liquidation of the marital partnership and to such purpose several types of evidence have been ordered in order to determine the assets and liabilities of the marital partnership that the parties have acquired and assumed while the marital relationship was in effect, being it at present dissolved by a final decree of divorce with status as res judicata. -----------------------------------------
The resolutions that order the issuance of this letters rogatory reads as follows: "Buenos Aires, October 13th, 2015. Due to have been omitted in its opportunity, the letters rogatory requested on VII) c) 3 on page 110 be issued. Alejandro Olazabal. National Judge having jurisdiction in Civil matters." "Buenos Aires, February 15th, 2016. Be it added. As requested be it issued new letters rogatories containing the data requested in the writing set to judicial decision". Signed by Alejandro Olazabal - National Judge having jurisdiction in Civil matters. -----------------------------------------
It is recorded that there have been authorized to process and to serve these presents Dr. José Cárdenas

and Dr. Carlos Alfredo Quirno and Mr. Agustin Moccia and/or who they may appoint. --------------------------

Sincerely yours - [There follows a signature]: Alejandro Olazabal - National Judge having jurisdiction in Civil Matters. ----------------------------------

I do hereby certify the aforegoing to be a true and accurate translation into English of the original document in Spanish which I have had before me and which is hereunto annexed. Buenos Aires, April 7th, 2016. ----------------------------------------------

ES TRADUCCIÓN FIEL al idioma inglés del documento adjunto redactado en idioma español que he tenido ante mí y al cual me remito. Buenos Aires, 7 de abril de 2016. ----------------------------------------------





# COLEGIO DE TRADUCTORES PÚBLICOS
## DE LA CIUDAD DE BUENOS AIRES

República Argentina
Ley 20305

## LEGALIZACIÓN

Por la presente, el COLEGIO DE TRADUCTORES PÚBLICOS DE LA CIUDAD DE BUENOS AIRES, en virtud de la facultad que le confiere el artículo 10 inc. d) de la ley 20305, certifica únicamente que la firma y el sello que aparecen en la traducción adjunta concuerdan con los correspondientes al/a la Traductor/a Público/a   MARCHETTI, SILVANA
que obran en los registros de esta institución, en el folio   485   del Tomo   9   en el idioma   INGLÉS

Legalización número: **25177**

Buenos Aires, 11/04/2016

MARCELO F. SIGALOFF
Gerente de Legalizaciones
Colegio de Traductores Públicos
de la Ciudad de Buenos Aires

ESTA LEGALIZACIÓN NO SE CONSIDERARÁ VÁLIDA SIN EL CORRESPONDIENTE
TIMBRADO DE CONTROL EN LA ÚLTIMA HOJA DE LA TRADUCCIÓN ADJUNTA

Control interno: 28484025177



Avda. Corrientes 1834 – C1045AAN – Ciudad Autónoma de Buenos Aires – Tel.: 4373-7173 y líneas rotativas

By virtue of the authority vested in the COLEGIO DE TRADUCTORES PÚBLICOS DE LA CIUDAD DE BUENOS AIRES (Buenos Aires Sworn Translators Association) by Argentine law No. 20 305 section 10(d), I hereby CERTIFY that the seal and signature affixed on the attached translation are consistent with the seal and signature on file in our records.
The Colegio de Traductores Públicos de la Ciudad de Buenos Aires only certifies that the signature and seal on the translation are genuine; it will not attest to the contents of the document.
THIS CERTIFICATION WILL BE VALID ONLY IF IT BEARS THE PERTINENT CHECK STAMP ON THE LAST PAGE OF THE ATTACHED TRANSLATION.

Vu par le COLEGIO DE TRADUCTORES PÚBLICOS DE LA CIUDAD DE BUENOS AIRES (Ordre des Traducteurs Officiels de la ville de Buenos Aires), en vertu des attributions qui lui ont été accordées par l'article 10, alinéa d) de la Loi n° 20.305, pour la seule légalisation matérielle de la signature et du sceau du Traductor Público (Traducteur Officiel) apposés sur la traduction du document ci-joint, qui sont conformes à ceux déposés aux archives de cette Institution.
LE TIMBRE APPOSÉ SUR LA DERNIÈRE PAGE DE LA TRADUCTION FERA PREUVE DE LA VALIDITÉ DE LA LÉGALISATION.

Il COLEGIO DE TRADUCTORES PÚBLICOS DE LA CIUDAD DE BUENOS AIRES (Ordine dei Traduttori abilitati della Città di Buenos Aires) CERTIFICA ai sensi dell'articolo 10, lettera d) della legge 20.305 che la firma e il timbro apposti sulla qui unita traduzione sono conformi alla firma e al timbro del Traduttore abilitato depositati presso questo Ente. Non certifica il contenuto della traduzione sulla quale la certificazione è apposta.
LA VALIDITÁ DELLA PRESENTE CERTIFICAZIONE È SUBORDINATA ALL'APPOSIZIONE DEL TIMBRO DI CONTROLLO DEL CTPCBA SULL'ULTIMA PAGINA DELL'ALLEGATA TRADUZIONE.

Por meio desta legalização, o COLEGIO DE TRADUCTORES PÚBLICOS DE LA CIUDAD DE BUENOS AIRES (Colégio dos Tradutores Públicos da Cidade de Buenos Aires), no uso de suas atribuições e em conformidade com o artigo 10, alínea "d", da Lei 20.305, somente reconhece a assinatura e o carimbo do Tradutor Público que subscreve a tradução em anexo por semelhança com a assinatura e o carimbo arquivados nos registros desta instituição.
A PRESENTE LEGALIZAÇÃO SÓ TERÁ VALIDADE COM A CORRESPONDENTE CHANCELA MECÂNICA APOSTA NA ÚLTIMA FOLHA DA TRADUÇÃO.

COLEGIO DE TRADUCTORES PÚBLICOS DE LA CIUDAD DE BUENOS AIRES (Kammer der vereidigten Übersetzer der Stadt Buenos Aires). Kraft der Befugnisse, die ihr nach Art. 10 Abs. d) von Gesetz 20.305 zustehen, bescheinigt die Kammer hiermit lediglich die Übereinstimmung der Unterschrift und des Siegelabdruckes auf der beigefügten Übersetzung mit der entsprechenden Unterschrift und dem Siegelabdruck des vereidigten Übersetzers (Traductor Público) in unseren Registern.
DIE VORLIEGENDE ÜBERSETZUNG IST OHNE DEN ENTSPRECHENDEN GEBÜHRENSTEMPEL AUF DEM LETZTEN BLATT DER BEIGEFÜGTEN ÜBERSETZUNG NICHT GÜLTIG.